FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2003 JAN 27  A 10: 49

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * * * | MDL 1332 |
| "Consumer Track" | * * | |
| This Document Relates To: | * * | |
| *McCall v. Microsoft Corp.* | * | Civil No. JFM-99-3897 |
| *Moscowitz v. Microsoft Corp.* | * | Civil No. JFM-00-2444 |
| *Howard v. Microsoft Corp.* | * | Civil No. JFM-00-2446 |
| *Strickley v. Microsoft Corp.* | * | Civil No. JFM-00-2447 |
| *Prentice v. Microsoft Corp.* | * | Civil No. JFM-00-2451 |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 27th day of January 2003

ORDERED

1. Microsoft's motion to dismiss certain complaints asserting state law claims is granted;

2. *Howard v. Microsoft Corp.* is dismissed in its entirety;

3. *Moscowitz v. Microsoft Corp.* is dismissed in its entirety;

4. *Prentice v. Microsoft Corp.* is dismissed in its entirety;

5. *Strickley v. Microsoft Corp.* is dismissed in its entirety; and

6. The claims in *McCall v. Microsoft Corp.*, other than the claims for injunctive relief, are dismissed.

/s/
J. Frederick Motz
United States District Judge

7         5